# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ERIC M. NELSON & JULIE M. NELSON  
12601 POPLAR GROVE ROAD  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-8356 & xxx-xx-1830

Case Number: 07-73181

Case filed on: 12/31/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,875.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | LAW OFFICES OF IRA T NEVEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BUSINESS CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CORPORATE RECEIVABLES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LAW OFFICE OF JOHN P FRYE PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | UNITED RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ERIC M. NELSON | 0.00 | 0.00 | 732.12 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 732.12 | 0.00 |
| 001 | BOONE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARLEY-DAVIDSON CREDIT | 4,088.63 | 4,088.63 | 807.22 | 243.06 |
| 004 | SAXON MORTGAGE SERVICES INC | 25,387.15 | 25,387.15 | 0.00 | 0.00 |
|  | Total Secured | 29,475.78 | 29,475.78 | 807.22 | 243.06 |
| 005 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARUNA S. SHAH MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIA CARD SERVICES aka BANK OF AMERICA | 1,063.98 | 106.40 | 0.00 | 0.00 |
| 008 | BENEFICIAL | 15,755.27 | 1,575.53 | 0.00 | 0.00 |
| 010 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DFS SERVICES LLC | 11,798.11 | 1,179.81 | 0.00 | 0.00 |
| 014 | FOOT FIRST PODIATRY CTRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HICKSGAS BELVIDERE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HOUSEHOLD BANK / RHODES FURNITURE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PORTFOLIO RECOVERY ASSOCIATES | 2,279.89 | 227.99 | 0.00 | 0.00 |
| 019 | HUNTLEY DENTAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | KEITH RHINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 230.00 | 23.00 | 0.00 | 0.00 |
| 023 | ATTORNEY TERRY HOSS & | 132.76 | 13.28 | 0.00 | 0.00 |
| 024 | PROVENA SAINT JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD ANESTHESIOLOGISTS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 1,281.24 | 128.12 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD RADIOLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | SPRINT CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | THE PEDIATRIC CARDIOLOGY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | VEOLIA ENVIRONMENTAL SERVICES | 53.00 | 5.30 | 0.00 | 0.00 |
| 035 | VERIZON WIRELESS | 80.58 | 8.06 | 0.00 | 0.00 |
| 037 | VEOLIA ENVIRONMENTAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 32,674.83 | 3,267.49 | 0.00 | 0.00 |
|  | Grand Total: | 62,150.61 | 32,743.27 | 1,539.34 | 243.06 |

Total Paid Claimant:     $1,782.40  
Trustee Allowance:       $92.60  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois
Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/29/2008                By  /s/Heather M. Fagan